# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160208

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

OAKLAWN HOSPITAL,
       Plaintiff-Appellant,

v

SC: 160208
COA: 343189
Calhoun CC: 17-001283-NF

AUTO-OWNERS INSURANCE COMPANY
and HOME-OWNERS INSURANCE
COMPANY,
       Defendants-Appellees.
_____/

       On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.





       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020

Clerk